```
UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF INDIANA
        SOUTH BEND DIVISION
```

| | |
|---|---|
| DAVID SNYDER, ET AL.,           ) | |
|     Plaintiffs,           ) | |
| v.                              ) | CAUSE NO.   3:08cv450 TLS |
| TOWN OF ROSELAND, ET AL.,       ) | |
|     Defendants.          ) | |

# O R D E R

On January 14, 2020, the Court conducted a hearing on Anna Marie Hearn's motion to withdraw as counsel for David Snyder. At the hearing Ms. Hearn appeared for Mr. Snyder. Brian R. Gates appeared as Trustee for the bankruptcy estate of Dorothy Snyder and appearing for the Defendants was Matthew L. Hinkle.

At the hearing, Ms. Hearn informed the Court that Mr. Snyder wishes to abandon his claim and that she will be filing a motion to dismiss his claim. Additionally, the Defendants indicated that they intend to file a dispositive motion on the question of qualified immunity. It was suggested, and all counsel agreed, that it would be best to stage discovery in this case.

Accordingly, because Ms. Hearn intends to file a motion to dismiss Mr. Snyder's claim, her motion to withdraw as counsel for Mr. Snyder [Document No. 26] is now **DENIED**. Accordingly, the deadline for discovery on all matters relating to the issues of qualified immunity shall be **May 15, 2010.** The Defendants shall then have until **June 14, 2010,** to file any dispositive motion regarding qualified immunity. Plaintiff shall have **30 days** then to respond and the Defendants **15 days** to reply. Should the Court deny the dispositive motion, the parties shall submit to the Court a case management plan addressing discovery needs and deadlines on the merits. The revised case management plan is to be filed **30 days** following the denial of the qualified immunity dispositive motion.

**SO ORDERED.**

Dated January 14, 2010

                         S/Christopher A. Nuechterlein
                         Christopher A. Nuechterlein
                         United States Magistrate Judge